## William Perry vs. Jonathan K. Wing, et al.

An affidavit to hold Defendants to bail in an action of trespass, for carelessly running against and injuring Plaintiff's sloop, sailing upon the water, must show the facts required by statute, and the decision of the court, in regard to Defendant's departing from the county, &c., as in other cases to hold to bail.

*December Special Term,* 1846. *Motion by Defendant Wing to vacate the order, holding Defendants to bail.*—This was an action of trespass, commenced by capias. An order to hold Defendants to bail in the sum of $1000 each, was granted by John W. Edmonds, Esq., Circuit Judge of the first circuit, upon an affidavit (a copy of which is) as follows:

"City and county of New York, ss: William Perry of Nyack, Rockland county, being duly sworn, deposes and says that he is owner and captain of the sloop "Dart," and was so on the 4th day of June last past, that on the evening of said 4th of June, 1846, as deponent was sailing said sloop in the Hudson river, about five miles below Newburgh, the steam-

boat "Express," which was then owned by Jonathan K. Wing, Abraham Hitchcock, Benjamin Wakeman, Provost Veasie, John P. Goewey, Hiram Bennett, Adam Aldrich and John H. Wardwell, and had as her captain having charge of her, Abraham Hitchcock, ran violently against the said sloop of deponent and seriously injured her, so that she was necessarily taken ashore and towed down the river; that deponent has been put to an expense of over one hundred dollars in repairing the said sloop, and that she is still seriously damaged; that said collision was wholly unnecessary and inexcusable, as there was abundant light, and the same might easily have been avoided by the captain of said "Express," but could not have been by deponent, and was the result of very gross carelessness on the part of the person having charge of the said steamboat Express.

And deponent further says, he was delayed eight days time during the repair to said sloop ; that she is of seventy-five tons burthen ; and that the damage happened when deponent was very busy ; and he has suffered very serious injury in his business by reason of the same."

The Defendants were arrested by the sheriff of Albany, on the 16th October last, and held to bail in the sum of $1000 each. Wing swore that at the time of his arrest, and for several years previous thereto, he was a householder and freeholder in and resident of the city of Albany.

P. Cagger, *Defts Counsel.*    P. Cagger, *Defts Atty.*
C. Stevens, *Plffs Counsel.*    Brown & Mathews, *Plffs Attys.*

Jewett, Justice.—Held the affidavit insufficient; it did not state that the defendants were about to depart the county, &c., nor any facts to authorise an order to hold to bail. Wing was a householder and freeholder in Albany.

Motion granted with costs.